```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

UNITED STATES OF AMERICA          :

      vs.                         :    CRIMINAL NO. 13-179-1

JOSEPH MALCOLM                    :

**REPORT OF SPEEDY TRIAL ACT DELAY**

AND NOW, this  30th  day of October , 2013 , the calendaring of procedures as to the above named defendant(s) in the within action pursuant to the Courts' Plan adopted pursuant to Federal Rule of Criminal Procedure 50(b) and in conformity with the provisions of the Speedy Trial Act of 1974 and the Federal Juvenile Delinquency Act, has been delayed for the reason  Joseph Malcolm is a fugitive.

                                        S/Petrese B. Tucker_____
                                        Petrese B. Tucker, Chief Judge

BY THE COURT:

                    ATTEST:_____
                            Michael Owens,
                            Deputy Clerk

(CODE - M)

[ X ] The Court deems this case "UNTRIABLE".

Cr 27 (8/80)