# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL ACTION |
| v. : | |
| : | NO. 13-179-01 |
| JOSEPH MALCOLM : | |

## ORDER

**AND NOW**, this _24th_ day of April, 2017, upon consideration of Petitioner's *pro se* Motion Pursuant to 18 U.S.C. § 3582(c)(2) & U.S.S.G. Amendment 782 (Doc. 74) and the Government's Response thereto (Doc. 75), **IT IS HEREBY ORDERED AND DECREED** that Petitioner's motion for modification of sentence is **DENIED** for the reasons set forth in the Government's Response (Doc. 75).

                                                **BY THE COURT:**

                                                **/s/ Petrese B. Tucker**
                                                _____
                                                **Hon. Petrese B. Tucker, C.J.**